**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

CODY READ,

Plaintiff,

Case No. 4:26-cv-12604-FKB-KGA

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and CREDIT ACCEPTANCE CORPORATION,

Defendants.
_________________________________/

**ORDER GRANTING MOTION**
**COMPELLING ARBITRATION AND STAYING CASE**

This matter coming to be heard on Defendant Credit Acceptance Corporation's Agreed Motion Compelling Arbitration and Staying the Case, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED as follows: (i) the motion is granted and Defendant Credit Acceptance Corporation ("Credit Acceptance") and Plaintiff Cody Read shall proceed to arbitration per the Arbitration Clause in the Retail Installment Contract; (ii) the case against Credit Acceptance only is stayed until the conclusion of arbitration; and (iii) the Court shall retain jurisdiction for the sole purpose of confirming, vacating, or correcting any arbitration award.

**SO ORDERED.**

Dated: September 25, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge